IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| BRYSON PATRICK CONNOLLY,<br><br>Plaintiff,<br><br>vs.<br><br>CASCADE COUNTY REGIONAL PRISON and DISCIPLINARY OFFICER BENNETT,<br><br>Defendants. | CV-21-00024-GF-BMM-JTJ<br><br>FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Plaintiff Bryson Patrick Connolly filed his Complaint on March 5, 2021, alleging violations of his constitutional rights under 42 U.S.C. § 1983. (Doc. 2.) This Court screened the Complaint and determined that it fails to state a claim. (Doc. 6.) Connolly was given the opportunity to amend. He has not done so. For the reasons explained in this Court's prior order, the Court recommends dismissal.

Accordingly, the Court enters the following:

### RECOMMENDATIONS

1. This matter should be DISMISSED for failure to state a federal claim.

2. The Clerk of Court should be directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

3. The Clerk of Court should be directed to have the docket reflect that the

Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith. The record makes plain the instant Complaint is frivolous as it lacks arguable substance in law or fact.

### NOTICE OF RIGHT TO OBJECT TO FINDINGS & RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

Connolly may file objections to these Findings and Recommendations within fourteen days after service (mailing) hereof.  28 U.S.C. § 636.  Failure to timely file written objections may bar a de novo determination by the district judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of Appeals.  Any notice of appeal pursuant to Fed.R.App.P. 4(a), should not be filed until entry of the District Court's final judgment.

DATED this 1st day of October, 2021.

_____
John Johnston
United States Magistrate Judge